1
2
3
JS-6
4
5
6
7
8
9
10
11
UNITED STATES DISTRICT COURT
12
CENTRAL DISTRICT OF CALIFORNIA
13
14
JOHN RAYMOND CELIS,                ) Case No.: SACV-15-00299-JVS-JCG
15                                  )
                   Plaintiff,       ) **JUDGMENT GRANTING**
16                                  ) **SUMMARY JUDGMENT IN FAVOR**
        vs.                         ) **OF DEFENDANT COUNTY OF**
17                                  ) **ORANGE**
                                    )
18 COUNTY OF ORANGE, DEPUTY         )
   CARLOS CAMMON, and DOES          )
19 1 - 100, inclusive,              ) **MATTER FOR DETERMINATION**
                                    ) **BEFORE THE HONORABLE**
20                                  ) **JAMES V. SELNA**
                   Defendants.      )
21 _____ )
22
23
24
25
26
27
28

## **JUDGMENT**

After full consideration of the Motion for Summary Judgment by Defendant County of Orange, the Opposition and Reply papers, the evidence, and the authorities submitted, the Court finds there is no triable issue of material fact in this case, and Defendant County of Orange is entitled to summary judgment as a matter of law.

For the reasons set forth in the Court's ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, dated October 19, 2016, it is therefore ORDERED, ADJUDGED, AND DECREED that:

Defendant County of Orange's Motion for Summary Judgment is granted;

Judgment is entered in favor of Defendant County of Orange;

Plaintiff has and recovers nothing by his suit; and

Defendant County of Orange is entitled to recover its costs and charges expended and have execution therefor.

**IT IS SO ORDERED.**

DATED:  October 27, 2016      _____

HONORABLE JAMES V. SELNA
United States District Judge

Submitted by:

LAWRENCE BEACH ALLEN & CHOI, PC

By___/s/ David D. Lawrence_____
DAVID D. LAWRENCE
CHRISTINA M. SPRENGER
NICOLE E. HOIKKA
Attorneys for Defendant,

2
[PROPOSED] JUDGMENT GRANTING SUMMARY JUDGMENT

1    COUNTY OF ORANGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28